UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CASILLAS,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | No.  2:14-cv-2500 KJM-EFB<br><br><br><br>ORDER |

In the court's October 24, 2014 order setting status (pretrial scheduling) conference (ECF No. 2), this case was set for a status conference for March 5, 2015, and the parties were directed to submit a joint status report at least seven (7) days prior to the conference. The time has passed and the parties have not filed their joint report.

On December 8, 2014, the parties filed a stipulation to extend time for defendant Caliber Home Loans, Inc. to respond to the initial complaint to December 30, 2014.  (ECF No. 6)  On December 11, 2014, the court granted the parties' stipulation by minute order.  (ECF No. 7)  As of the date of this order, defendant has not filed his answer.

/////

/////

/////

1

Accordingly, it is hereby ORDERED that:

1. Counsel for both parties show cause, within seven (7) days of entry of this order, why they should not be sanctioned in the amount of $250.00 for failing to file a joint status report.

2. Defendant Caliber Home Loans's counsel is further ordered to show cause, within seven (7) days of entry of this order, why he should not be sanctioned an additional $250.00 for failing to file an answer to the initial complaint.

3. The March 5, 2015 status (pretrial scheduling) conference is VACATED and reset for April 16, 2015 at 2:30.  The parties shall submit, at least seven (7) days prior to the Status Conference, a Joint Status Report.

DATED:  March 4, 2015.

_____
UNITED STATES DISTRICT JUDGE